LINK: 22

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-01553 GAF (SHx) | Date | March 15, 2013 |
|---|---|---|---|
| Title | Grant Chorliyan v. Experian Information Solutions Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**     **(In Chambers)**

### ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION

    Plaintiff Grant Chorliyan ("Plaintiff") filed suit in February 2011 against Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Inc. ("Equifax"), and Transunion LLC ("Transunion") alleging that Defendants violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., and the Consumer Credit Reporting Agencies Act ("CCRAA"), Cal. Civ. Code § 1785.2 et seq.  (Docket No. 3 [Complaint ("Compl.") ¶¶ 28–31.)  Since that time, Plaintiff has failed to produce the required Rule 26 initial disclosures and discovery responses, despite Judge Hillman's January 29, 2013 Order granting Transunion's motion to compel discovery responses and imposing a $1,000 sanction on Plaintiff.  (Docket No. 21 [1/29/13 Order].)  Transunion now moves to dismiss on the grounds that Plaintiff has failed to comply with Judge Hillman's January 29 Order.  (Docket No. 22.)

        In addition to failing to comply with Judge Hillman's Order, Plaintiff has failed to file any opposition to Transunion's Motion to Dismiss.  In fact, Plaintiff has taken no action in this case whatsoever since filing the Joint Rule 26(f) Report in September 2012.  (Docket No. 15.)  Accordingly, prior to ruling on the motion to dismiss, the Court **ORDERS** Plaintiff to show cause as to why this case should not be dismissed for lack of prosecution.  Link v. Wabash R. Co., 370 U.S. 626, 631 (1962) ("The authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases.")

LINK: 22

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-01553 GAF (SHx) | Date | March 15, 2013 |
|---|---|---|---|
| Title | Grant Chorliyan v. Experian Information Solutions Inc et al | | |

Plaintiff must file a response to this Order by the **close of business on Monday, March 25, 2013.** The hearing on Transunion's Motion to Dismiss currently scheduled for **March 25, 2013, is CONTINUED to April 1, 2013.** <u>**Failure to respond will be deemed consent to the dismissal of the action.**</u>

**IT IS SO ORDERED.**